

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

200 Park Avenue
New York, NY 10166-4193
+1 212-294-6700
+1 212-294-4700

**LISA COUTU**
Associate Attorney
+1 212-294-6639
LCoutu@winston.com

October 23, 2024

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court Southern District of New York
40 Foley Square, Room 220
New York, New York 10007

Re:   Consent Letter-Motion - Request for Extension of Time To File Amended Complaint - *Genial Holding LTDA et al v. Brasil Plural Securities, LLC et al* (1:24-cv-05780-PAE)

Dear Judge Engelmayer:

     We represent Plaintiffs Genial Holding Ltda. and Banco Genial S.A. (collectively, "Plaintiffs") in *Genial Holding LTDA et al v. Brasil Plural Securities, LLC et al* (1:24-cv-05780-PAE). We write to respectfully request an extension of time to the deadline to file an amended complaint as set forth in Docket No. 23 (the "Order").

     The Order sets a deadline of October 28, 2024 for Plaintiffs to file an amended complaint. Plaintiffs respectfully request that this deadline be extended for two weeks to November 11, 2024.

     Plaintiffs have not previously requested an extension of time for this deadline. Counsel for Defendants Brasil Plural Securities, LLC, Brasil Plural Holdings, LLC, and Manuel Maria Monteiro Dias Fernandes Fernandez (collectively, "Defendants") have provided consent to this extension.

     If this request is granted, Plaintiffs propose a deadline of December 2, 2024 for Defendants to (1) file an answer, (2) file a new motion to dismiss, or (3) submit a letter to the Court, copying Plaintiffs, stating that they rely on the previously filed motion to dismiss.

     Accordingly, Plaintiffs respectfully request that this extension of time to file the amended complaint be granted.


**WINSTON & STRAWN LLP**

October 23, 2024
Page 2

Respectfully submitted,

/s/ Lisa Coutu

Lisa Coutu
Counsel for Plaintiffs

cc:   Dan Newman (dan.newman@nelsonmullins.com)
      Ashley B. Summer (Ashley.Summer@nelsonmullins.com)
      Counsel for Defendants

Granted.

Dated: October 24, 2024

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge