

NORTH AMERICA    SOUTH AMERICA    EUROPE    ASIA

200 Park Avenue
New York, NY 10166-4193
+1 212-294-6700
+1 212-294-4700

**LISA COUTU**
Associate Attorney
+1 212-294-6639
LCoutu@winston.com

October 25, 2024

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court Southern District of New York
40 Foley Square, Room 220
New York, New York 10007

Re:   **Updated Consent Letter-Motion - Request for Extension of Time To File Answer or Motion to Dismiss -** *Genial Holding LTDA et al v. Brasil Plural Securities, LLC et al* **(1:24-cv-05780-PAE)**

Dear Judge Engelmayer:

We represent Plaintiffs Genial Holding Ltda. and Banco Genial S.A. (collectively, "Plaintiffs") in *Genial Holding LTDA et al v. Brasil Plural Securities, LLC et al* (1:24-cv-05780-PAE). We previously wrote to request an extension of time to the deadline for Plaintiffs to file an amended complaint, which was granted on October 24, 2024. Our previous letter requested (1) a deadline of November 11, 2024 for Plaintiffs to file an amended complaint and (2) a deadline of December 2, 2024 for Defendants Brasil Plural Securities, LLC, Brasil Plural Holdings, LLC, and Manuel Maria Monteiro Dias Fernandes Fernandez (collectively, "Defendants") to (i) file an answer, (ii) file a new motion to dismiss, or (iii) submit a letter to the Court, copying Plaintiffs, stating that they rely on the previously filed motion to dismiss ("Defendants' December 2 Deadline to Respond").

In light of the holiday weekend preceding December 2, 2024 and at Defendants' request, we now respectfully request that Defendants' December 2 Deadline to Respond be extended to December 6, 2024. Counsel for Defendants have provided consent to this extension.

Accordingly, Plaintiffs respectfully request that this extension of time for Defendants to file an answer or motion to dismiss be granted.



October 25, 2024
Page 2

Respectfully submitted,

/s/ Lisa Coutu

Lisa Coutu
Counsel for Plaintiffs

cc: Dan Newman (dan.newman@nelsonmullins.com)
Ashley B. Summer (Ashley.Summer@nelsonmullins.com)
Counsel for Defendants

Granted.

Dated: October 28, 2024

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge