```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  09/03/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GENIAL HOLDING LTDA, et al.,

                Plaintiffs,

-against-

BRASIL PLURAL SECURITIES, LLC. et al.,

                Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**24-CV-5780 (PAE)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter is scheduled for **Tuesday, October 14, 2025 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Counsel must attend the conference in-person. Clients are permitted to attend this proceeding virtually. Counsel are directed to complete the Electronic Device-Wifi request form available on Judge Parker's Individual rules. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **October 7, 2025 by 5:00 p.m.**

    **SO ORDERED.**

Dated: September 3, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge